# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re    Rose Court, LLC                                    ,

                              Debtor

Case No.    10-50993-RLE

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Anderson Tree Care P.O. Box 2B San Jose, CA 95109 | | | | 1,257.00 |
| Professional Iron Works 1579 Almaden Rd. San Jose, CA 95125 | | | | 1,475.00 |
| Mouldings & More Home Decors 1326 N. 10th St. San Jose, CA 95112 | | | | 5,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 31614 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Craig A. Rogers
3914 Wellington
Square
San Jose, CA 95136                                                                                              5,750.00

Michale Crabtree
15520 Quito Rd.
Saratoga, CA 95070                                                                                            8,000.00

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    2/1/2010

Signature    /s/ Teri Ha Nguyen

TERI HA NGUYEN,

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 31614 - Adobe PDF