# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Rose Court LLC

**Case No.** 10-50993-~~RMW~~ SLJ

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 1/31/2011 ~~12/31/10~~

**PETITION DATE:** 2/1/2010 ~~01/31/11~~

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in ___ $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $60,893 | $54,108 | |
| b. Total Assets | $4,160,893 | $4,144,179 | $4,108,000 |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $3,533,083 | $3,533,083 | $3,521,483 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $9,800 | $9,800 | $86,067 |
| b. Total Disbursements | $3,015 | $6,839 | $25,174 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $6,785 | $2,961 | $60,893 |
| d. Cash Balance Beginning of Month | $54,108 | $37,953 | $0 |
| e. Cash Balance End of Month (c + d) | $60,893 | $40,914 | $60,893 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $0 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | No |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | No |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | No |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | Yes |
| 13. Are a plan and disclosure statement on file? | | Yes |
| 14. Was there any post-petition borrowing during this reporting period? | | No |

15. Check if paid: Post-petition taxes ___ ; U.S. Trustee Quarterly Fees xx ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 02/22/11

Responsible Individual

TERI H. NGUYEN

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended    01/31/11**

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | _____ | $60,893 |
| 2 | Accounts receivable (net) | _____ | _____ |
| 3 | Retainer(s) paid to professionals | _____ | _____ |
| 4 | Other: _____ | _____ | _____ |
| 5 | _____ | _____ | _____ |
| | | | |
| 6 | **Total Current Assets** | | $60,893 |
| | | | |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | _____ | $4,100,000 |
| 8 | Real property (rental or commercial) | _____ | _____ |
| 9 | Furniture, Fixtures, and Equipment | _____ | _____ |
| 10 | Vehicles | _____ | _____ |
| 11 | Partnership interests | _____ | _____ |
| 12 | Interest in corportations | _____ | _____ |
| 13 | Stocks and bonds | _____ | _____ |
| 14 | Interests in IRA, Keogh, other retirement plans | _____ | _____ |
| 15 | Other: _____ | _____ | _____ |
| 16 | _____ | _____ | _____ |
| | | | |
| 17 | **Total Long Term Assets** | | $4,100,000 |
| | | | |
| 18 | **Total Assets** | | $4,160,893 |
| | | | |
| | **Liabilities** | | |
| | | | |
| | **Post-Petition Liabilities** | | |
| | | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | _____ |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | _____ |
| 21 | Post-petition delinquent taxes | | _____ |
| 22 | Accrued professional fees | | _____ |
| 23 | Other: _____ | | _____ |
| 24 | _____ | | _____ |
| | | | |
| 25 | **Total Current Liabilities** | | $0 |
| | | | |
| 26 | **Long-Term Post Petition Debt** | | _____ |
| | | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | | | |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $3,500,000 |
| 29 | Secured claims (other) - Tenant Security Deposit | | $19,600 |
| 30 | Priority unsecured claims | | _____ |
| 31 | General unsecured claims | | $13,483 |
| | | | |
| 32 | **Total Pre-Petition Liabilities** | | $3,533,083 |
| | | | |
| 33 | **Total Liabilities** | | $3,533,083 |
| | | | |
| | **Equity (Deficit)** | | |
| | | | |
| 34 | **Total Equity (Deficit)** | | $586,517 |
| | | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,119,600 |

NOTE: Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined

Case: 10-50993    Doc# 77    Filed: 03/24/11    Entered: 03/24/11 14:31:01    Page 2 of 10

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 15520 Quito Rd | | |
| 2 | Scheduled Gross Rents | $0 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo | | |
| 11 | Account No. | 5968866946 | | |
| 12 | Account Purpose | Debtor In Possession | | |
| 13 | Balance, End of Month | $60,893 | | |
| 14 | Total Funds on Hand for all Accounts | $60,893 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    01/31/11

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $9,800 | $66,467 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Tenant Security Deposit | $0 | $19,600 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $9,800 | $86,067 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | $588 | $5,145 |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | $0 | $800 |
| 31 | Other Cash Outflows: | | |
| 32 | Bank service charges | $12 | $228 |
| 33 | Landscaping | $210 | $3,940 |
| 34 | US Trustee Fee | $325 | $975 |
| 35 | Utilities | $0 | $454 |
| 36 | Repairs & Maintenance | $0 | $4,552 |
| 37 | Legal Fees | $1,880 | $9,080 |
| 38 | **Total Cash Disbursements:** | $3,015 | $25,174 |
| 39 | **Net Increase (Decrease) in Cash** | $6,785 | $60,893 |
| 40 | **Cash Balance, Beginning of Period** | $54,108 | $0 |
| 41 | **Cash Balance, End of Period** | $60,893 | $60,893 |

Revised 1/1/98

# Rose Court LLC
## Profit & Loss YTD Comparison
### January 2011

| | Jan 11 | Jan 2010 to Jan 2011 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Rental Income** | $ 9,800.00 | $ 66,467.00 |
| **Total Income** | $ 9,800.00 | $ 66,467.00 |
| | | |
| **Expense** | | |
| **Bank Service Charges** | $ 12.00 | $ 228.29 |
| **Landscaping** | $ 210.00 | $ 3,940.00 |
| **Legal fees** | $ 1,880.00 | $ 9,080.00 |
| **Property Management** | $ 588.00 | $ 5,145.00 |
| **Repairs and Maintenance** | $ - | $ 4,551.58 |
| **Tax - State** | $ - | $ 800.00 |
| **US Trustee Fees** | $ 325.00 | $ 975.00 |
| **Utilities** | $ - | $ 454.18 |
| **Total Expense** | $ 3,015.00 | $ 25,174.05 |
| | | |
| **Net Ordinary Income** | $ 6,785.00 | $ 41,292.95 |
| | | |
| **Net Income** | $ 6,785.00 | $ 41,292.95 |

# Advantage Business Package Checking

Account number: **5968866946** ■ January 1, 2011 - January 31, 2011 ■ Page 1 of 3



ROSE COURT, LLC
DEBTOR IN POSSESSION
CH 11, CASE NO. 10-50993 (NCA)
12329 KOSICH PL
SARATOGA CA 95070-3575

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/biz/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $54,107.95 |
| Deposits/Credits | 9,800.00 |
| Withdrawals/Debits | - 3,015.00 |
| **Ending balance on 1/31** | **$60,892.95** |
| Average ledger balance this period | $61,257.56 |

Account number: **5968866946**

**ROSE COURT, LLC**
**DEBTOR IN POSSESSION**
**CH 11, CASE NO. 10-50993 (NCA)**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

Case: 10-50993   Doc# 77   Filed: 03/24/11   Entered: 03/24/11 14:31:01   Page 6 of 10

(114)
Sheet Seq = 0101758
Sheet 00001 of  00002



**Overdraft Protection**
 This account is not currently covered by Overdraft Protection.  If you
 would like more information regarding Overdraft Protection and
 eligibility requirements please call the number listed at the top of
 your statement or visit your Wells Fargo branch.

## Wells Fargo Rewards for Business Check Card

*Get your most current point balance and redeem rewards at*
*WellsFargoRewards.com or call 1-888-246-1834 .*

| | |
|---|---|
| Total points available as of 1/30/2011 | 0 |
| Points earned in the month of December | 0 |
| Points redeemed in the month of December | 0 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/4 | | Deposit Made In A Branch/Store | 9,800.00 | | 63,907.95 |
| 1/10 | 1023 | Check | | 325.00 | 63,582.95 |
| 1/11 | 1025 | Check | | 1,880.00 | 61,702.95 |
| 1/14 | 1024 | Check | | 210.00 | 61,492.95 |
| 1/28 | 1026 | Check | | 588.00 | 60,904.95 |
| 1/31 | | Monthly Service Fee | | 12.00 | 60,892.95 |
| **Ending balance on 1/31** | | | | | **60,892.95** |
| **Totals** | | | **$9,800.00** | **$3,015.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your*
*transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1023 | 1/10 | 325.00 | 1025 | 1/11 | 1,880.00 | 1026 | 1/28 | 588.00 |
| 1024 | 1/14 | 210.00 | | | | | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 5 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

Effective April 4, 2011 the Overdraft Protection Transfer fee from a linked savings or checking account will be $12.50 per transfer. Please
refer to your Business Account Fee and Information Schedule for additional information regarding the accounts that are eligible to
provide Overdraft Protection for your checking account.



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                     $ _____
your register or transfers into            $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

Sheet Seq = 0101759
Sheet 00002 of  00002

Register: Wells Check xx6946
From 01/01/2011 through 01/31/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/03/2011 | 1023 | U.S. Trustee | US Trustee Fees | Rose Court LL... | 325.00 | X | | 53,782.95 |
| 01/04/2011 | | | Rental Income | Deposit | | X | 9,800.00 | 63,582.95 |
| 01/07/2011 | 1024 | Huerta Landscaping ... | Landscaping | December servi... | 210.00 | X | | 63,372.95 |
| 01/11/2011 | 1025 | Efficio Law Group, PC | Legal fees | | 1,880.00 | X | | 61,492.95 |
| 01/28/2011 | 1026 | Don Baker | Property Management | January 2011 ... | 588.00 | X | | 60,904.95 |
| 01/31/2011 | | | Bank Service Charges | | 12.00 | X | | 60,892.95 |

Case: 10-50993     Doc# 77     Filed: 03/24/11     Entered: 03/24/11 14:31:01     Page 9 of 10

# Rose Court LLC
# Reconciliation Detail
### Wells Check xx6946, Period Ending 01/31/2011

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 54,107.95 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 1/3/2011 | 1023 | U.S. Trustee | X | -325.00 | -325.00 |
| Check | 1/7/2011 | 1024 | Huerta Landscaping ... | X | -210.00 | -535.00 |
| Check | 1/11/2011 | 1025 | Efficio Law Group, PC | X | -1,880.00 | -2,415.00 |
| Check | 1/28/2011 | 1026 | Don Baker | X | -588.00 | -3,003.00 |
| Check | 1/31/2011 | | | X | -12.00 | -3,015.00 |
| Total Checks and Payments | | | | | -3,015.00 | -3,015.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 1/4/2011 | | | X | 9,800.00 | 9,800.00 |
| Total Deposits and Credits | | | | | 9,800.00 | 9,800.00 |
| Total Cleared Transactions | | | | | 6,785.00 | 6,785.00 |
| Cleared Balance | | | | | 6,785.00 | 60,892.95 |
| Register Balance as of 01/31/2011 | | | | | 6,785.00 | 60,892.95 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 2/9/2011 | 1027 | Santa Clara County ... | | -22,468.50 | -22,468.50 |
| Check | 2/9/2011 | 1028 | Don Baker | | -588.00 | -23,056.50 |
| Total Checks and Payments | | | | | -23,056.50 | -23,056.50 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 2/4/2011 | | | | 9,800.00 | 9,800.00 |
| Total Deposits and Credits | | | | | 9,800.00 | 9,800.00 |
| Total New Transactions | | | | | -13,256.50 | -13,256.50 |
| **Ending Balance** | | | | | **-6,471.50** | **47,636.45** |

Case: 10-50993    Doc# 77    Filed: 03/24/11    Entered: 03/24/11 14:31:01    Page 10 of 10